**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6399

DAVID C. BICKLEY,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF THE TREASURY; JOHN
DONNELLY, Inspector, U.S. Treasury Department;
CHARLES M. VENINI, Inspector, U.S. Department
of Treasury,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-99-347-7)

Submitted:  July 20, 2000          Decided:  August 2, 2000

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David C. Bickley, Appellant Pro Se.  Angelo A. Frattarelli, Joel L.
McElvain, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.;
John Francis Corcoran, OFFICE OF THE UNITED STATES ATTORNEY,
Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David C. Bickley appeals the district court's orders: (1) granting the Defendants' motion to dismiss his action filed pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C.A. § 1346 (West 1993 & Supp. 2000), and Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics, 403 U.S. 388 (1971); and (2) denying his subsequent motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bickley v. United States Dep't of Treasury, No. CA-99-347-7 (W.D. Va. Jan. 19 & Feb. 22, 2000). We deny Bickley's motion for discovery and his motion to obtain various transcripts and records. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2